UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULA REYNOLDS, | |
| Plaintiff, | Case No.: 1:18-cv-05593 |
| v. | Honorable Judge Gary Feinerman |
| HALSTED FINANCIAL SERVICES, LLC, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

NOW COMES the Plaintiff, PAULA REYNOLDS ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., and, in support of her Notice of Voluntary Dismissal without Prejudice, state as follows:

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses her claims against the Defendant, HALSTED FINANCIAL SERVICES, LLC, without prejudice. Each party shall bear its own costs and attorney fees.

Dated: September 19, 2018

Respectfully Submitted,

*s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 South Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
osulaiman@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman